IRWIN HEIM, an Infant, by SIDNEY HEIM, His Guardian ad Litem, et al., Respondents, v. THE MITCHELL-HARLEE CAMPS, INC., Appellant, Impleaded with Another.

(Argued April 24, 1933; decided June 6, 1933.)

524

*James I. Cuff, Hobart R. Marvin, Max J. Hamburger* and *James I. McGuire* for appellant.

*Humphrey J. Lynch, Joseph L. Hochman* and *Emanuel Morganlander* for respondents.

no opinion.

Concur: POUND, Ch. J., KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CRANE, LEHMAN and CROUCH, JJ.